/s/ Michelle Gershfeld